DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAY R. SINGER** a/k/a **JAY RUSSELL SINGER,**
Appellant,

v.

**NOREEN SINGER** and **SALLY CHAZAN,**
Appellees.

No. 4D2024-1198

[December 10, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser and G. Joseph Curley, Judges; L.T. Case No. 502018CA004117.

Jay Russell Singer, Lantana, pro se.

Noreen Singer, Boca Raton, pro se.

Karli Singer as Personal Representative of the Estate of Sally Chazan, pro se.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***